BEFORE THE SECOND DIVISION, OCTOBER 17, 1963

No. 68048.—A. N. Deringer, Inc. v. United States, protest 60/7724 (Ogdensburg).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of granular or sponge iron similar in all material respects to that the subject of *John V. Carr & Son, Inc.* v. *United States* (50 Cust. Ct. 29, C.D. 2384), the claim of the plaintiff was sustained.